UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAPTAIN SKRIP'S OFFICE LLC,
individually and on behalf of all others
similarly situated,

        Plaintiff,                       Civil Case No. 20-11291
                                              Honorable Linda V. Parker

v.

CONIFER HOLDINGS, INC.,

        Defendant.
_____/

## JUDGMENT

This is a putative class action lawsuit challenging Defendant's denial of coverage under an "all-risk" insurance policy. Defendant filed a motion to dismiss, which this Court granted in an Opinion and Order entered on this date.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Amended Complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

                                                              s/ Linda V. Parker
                                                              LINDA V. PARKER
                                                              U.S. DISTRICT JUDGE

Dated: June 28, 2021